[No. 51873-9-I.  Division One.  March 22, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JACOB BURLINGAME, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-8-05245-4, Dale B. Ramerman, J., entered February 3, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 51885-2-I.  Division One.  March 22, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCEL CERDEN SAMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-07844-0, Palmer Robinson, J., entered January 27, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 51887-9-I.  Division One.  March 22, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFERY KEYS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-08351-6, Carol A. Schapira, J., entered January 21, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 51927-1-I.  Division One.  March 22, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. TROY THACKER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-1-01754-6, Kenneth L. Cowsert, J., entered January 31, 2003. *Affirmed* by unpublished per curiam opinion.